IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRY L. RANSON,
    Plaintiff,

vs.                                    Case No. 3:09cv4/LAC/MD

SANTA ROSA CORRECTIONAL
INSTITUTION,
    Defendant.

## O R D E R

This cause is before the court upon plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff's complaint is incomplete in that pages four through six of the complaint form have been removed. The court will therefore provide plaintiff an opportunity to correct this deficiency in an amended complaint. To amend his complaint, plaintiff should completely fill out a new civil rights complaint form, marking it **"Amended Complaint."** Plaintiff is advised that the amended complaint must contain **all** of his allegations, and it should not in any way refer to the original complaint. Once an amended complaint is filed, all earlier complaints are disregarded. Local Rule 15.1, Northern District of Florida.

Additionally, plaintiff neither paid the $350.00 filing fee nor applied for leave to proceed *in forma pauperis*. Plaintiff's case cannot proceed until he either pays the filing fee or files a complete application to proceed *in forma pauperis*. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust account for the past six months).

Accordingly, it is ORDERED:

1. The clerk is directed to send plaintiff a § 1983 complaint form and a form

application to proceed *in forma pauperis*.  This case number shall be written on the forms.

2.  Within **thirty (30) days** of the date of this order, plaintiff shall file an amended complaint which shall be typed or clearly written, and submitted on the court form.

3.  Within the same time period, plaintiff shall either submit payment in the amount of $350.00, or file a complete application to proceed *in forma pauperis*.

4.   Plaintiff's failure to comply with this order as instructed will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 20th day of January, 2009.


/s/ *Miles Davis*
     **MILES DAVIS**
     **UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:09cv4/LAC/MD*